1

2

3

4

5

6

7

8    **UNITED STATES DISTRICT COURT**

9    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   DOROTHY WHITE,                              CASE NO. 16cv2524-LAB (JMA)

12                              Plaintiff,       **ORDER DIRECTING COUNSEL TO**
         vs.                                     **PREPARE FOR HEARING**
13
     DIANE E. JOHNSON, TRUSTEE OF
14   THE DIANE E. JOHNSON TRUST
     DATED JULY 25, 2013,
15
                              Defendant.
16

17

18        In advance of the jurisdictional hearing to be held on Friday, May 26 at 11:00 a.m.,

19   the Court expects to inquire about Plaintiff's habits, practices, and plans with regard to

20   transportation and her visits to the shopping center that is at issue in this case.  Plaintiff's

21   counsel must become thoroughly conversant with these and related facts in preparation for

22   the hearing.

23        **IT IS SO ORDERED**.

24   DATED:  May 22, 2017

25   _____

26   **HONORABLE LARRY ALAN BURNS**
     United States District Judge
27

28

16cv2524