# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

MATT STRONG,

                               Plaintiff,

    vs.

DIANA E. JOHNSON, TRUSTEE OF
THE DIANA E. JOHNSON TRUST
DATED JULY 25, 2013,

                               Defendant.

_____

DOROTHY WHITE,

                               Plaintiff,

    vs.

DIANE E. JOHNSON, TRUSTEE OF
THE DIANE E. JOHNSON TRUST
DATED JULY 25, 2013,

                               Defendant.

CASE NOS. 16cv1289-LAB (JMA) and
16cv2524-LAB (JMA)

**ORDER OF DISMISSAL**

Each of these consolidated cases deals with conditions in the same retail parking lot. After it appeared that Defendant's remediation of conditions mooted all federal claims and the Court lacked jurisdiction over the supplemental state claims, the Court dismissed the complaints. If Plaintiffs thought they still had claims over which the Court could exercise jurisdiction, they were ordered to seek leave to file amended complaints. They were ordered

to do this no later than Tuesday, September 12, 2017, and were cautioned that if they failed to do so, this consolidated action would be dismissed without leave to amend.

Since that time, Plaintiffs have not filed anything. The Court accepts this as their concession that they have no claims the Court can exercise jurisdiction over. The consolidated action is **DISMISSED WITHOUT PREJUDICE, BUT WITHOUT LEAVE TO AMEND**, for lack of jurisdiction.

The motion for sanctions in case 16cv2524, *White v. Johnson* (Docket no. 12) is **DENIED AS MOOT**. All other pending requests are **DENIED AS MOOT** and all pending dates are **VACATED**.

**IT IS SO ORDERED**.

DATED: September 29, 2017

**HONORABLE LARRY ALAN BURNS**
United States District Judge